# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL COTTON, | No. 4:19-CV-01359 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PETE DAMITER, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 2, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss, Doc. 19, is **GRANTED IN PART**;

2. The motion is **GRANTED** as to the Eighth and Fourteenth Amendment claims;

3. The motion is **GRANTED** as to the First Amendment retaliation claims against Defendants O'Kane, Meintel, and Newberry;

4. The Clerk of Court is directed to **DISMISS WITHOUT PREJUDICE** Defendants O'Kane, Meintel, and Newberry; and

5. The motion is **DENIED** as to the First Amendment retaliation claims against Defendants Damiter and Weissinger.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge