UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL COTTON | : | No. 4:19-CV-1359 |
| Plaintiff, | : | (Judge Brann) |
| vs. | : | |
| PETE DAMITER, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($          ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

  **X**   OTHER:  judgment is entered in favor of Defendants Pete Damiter and James Weissinger.

This action was:

____ tried by a jury with Judge _____ presiding  and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 12/8/2021 Memorandum and Order.


Dated: 12/8/2021             Peter Welsh, Clerk of Court
                             By: s/Lisa A. Gonsalves, deputy